FILED

05/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0713

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CASE NO. DA23-0713

IN RE THE MARRIAGE OF:

MATTHEW THOMAS BASQUE,

        Petitioner/Appellant

and

GINA ALICIA BASQUE,

        Respondent/Appellee

## ORDER GRANTING REQUEST FOR EXTENSION OF TIME

Upon consideration of Appellee's motion for extension of time, and good cause appearing,

**IT IS HEREBY ORDERED** that Appellee is granted an extension of time to and including June 24, 2024 within which to prepare, file and serve Appellee's responsive brief.

**DONE AND DATED** this _____ day of May, 2024.

_____
**Justice**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 17 2024